IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-mj-01174-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ROGER KADELL,

    Defendant.

---

**ORDER**

---

THIS MATTER coming before the Court upon motion of the government to dismiss the Criminal Complaint and Warrant of Arrest in the above-entitled case, and the Court having considered the same,

IT IS HEREBY ORDERED that the Criminal Complaint and Warrant of Arrest in the above-captioned case are dismissed.

SO ORDERED this 17th day of November, 2011.

BY THE COURT:

UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

**KATHLEEN M. TAFOYA**
United States Magistrate Judge